NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: WILLIAM H. RADCLIFFE,**

*Appellant*

———————————

2017-1069

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/804,454.

———————————

## JUDGMENT

———————————

MATHEW PERRONE, JR., Law Office of Mathew R. P. Perrone, Jr., Algonquin, IL, argued for appellant.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, JEREMIAH HELM.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 8, 2017                /s/ Peter R. Marksteiner
          Date                   Peter R. Marksteiner
                                 Clerk of Court